NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 13 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CASON D. CUNNINGHAM, | No.  17-15430 |
| Plaintiff-Appellant, | D.C. No. 1:15-cv-01362-AWI-MJS |
| v. | |
| NORM KRAMER, Ex-Director of Coalinga State Hospital; et al., | MEMORANDUM[*] |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Eastern District of California
Anthony W. Ishii, District Judge, Presiding

Submitted June 11, 2019[**]

Before:    CANBY, GRABER, and MURGUIA, Circuit Judges.

California civil detainee Cason D. Cunningham appeals pro se from the

district court's judgment dismissing his 42 U.S.C. § 1983 action alleging federal

and state law claims.  We have jurisdiction under 28 U.S.C. § 1291.  We review de

novo.  *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir. 1998) (order)

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

(dismissal under 28 U.S.C. § 1915(e)(2)(B)(ii)); *May v. Baldwin*, 109 F.3d 557, 560-61 (9th Cir. 1997) (dismissal on the basis of qualified immunity). We affirm.

The district court properly dismissed Cunningham's Fourteenth Amendment conditions-of-confinement claim because it would not have been clear to every reasonable official that detaining Cunningham in the Central Valley, where Valley Fever was endemic, was unlawful under the circumstances. *See Ashcroft v. al-Kidd*, 563 U.S. 731, 735 (2011) (explaining two-part test for qualified immunity); *Hines v. Youseff*, 914 F.3d 1218, 1229-30 (9th Cir. 2019) (existing Valley Fever cases did not clearly establish a "right to be free from heightened exposure to Valley Fever spores").

We do not consider matters not specifically and distinctly raised and argued in the opening brief. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**